DENNIS K. BURKE
United States Attorney
District of Arizona
JONATHAN B. GRANOFF
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
jonathan.granoff@usdoj.gov
Attorneys for Plaintiff



## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **INFORMATION** |
| Plaintiff, | 11-Mj-4007-GEE |
| v. | Violation: |
| EuroFresh Inc. | 8 U.S.C. §§ 1324a(a)(1), 1324a(a)(2)<br>18 U.S.C. §§ 982(a)(6), 982(b)(1)<br>28 U.S.C. §2461(c) |
| Defendant | |
| | **Unlawful Employment of Aliens**<br>**(misdemeanor; Forfeiture)** |

## Count 1

### Unlawful Employment of Aliens

From approximately July 2000 to February 2007, Eurofresh Inc. at or near Willcox, Arizona did knowingly hire, continue to employ and engage in a pattern and practice of hiring and continuing to employ aliens who were unauthorized by law with respect to such employment, with knowledge that the aliens were unauthorized for such employment in violation of Title 8 United States Code Sections 1324a(a)(1)(A), 1324a(a)(2) and 1324a(f).

///

## FORFEITURE ALLEGATION

Upon conviction of the offense as alleged in Count One of this Information, defendant, Eurofresh Inc., shall forfeit to the United States pursuant to Title 18, United States Code, Sections 982(a)(6), any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense, including, but not limited to:

1) a sum of money representing the amount of proceeds obtained as a result of the offense, that is, $600,000.

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Sections 982(a)(6) and (b)(1), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

///

Respectfully submitted this 26th day of August, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

JONATHAN B. GRANOFF
Assistant U.S. Attorney